

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2024

No. 04-24-00117-CR

Norma Lisa **ELIZONDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR4167
Honorable Stephanie R. Boyd, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 24, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2024.

_____
Luz Estrada, Chief Deputy Clerk